[No. 10447–4–II.   Division Two.   December 2, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK CHARLES REINHARDT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 86–1–00164–4, James I. Maddock, J., entered October 16, 1986. *Reversed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.

[No. 10921–2–II.   Division Two.   December 2, 1988.]

CHARLES H. GESDAHL, ET AL, *Appellants*, v. JANE DOE SEVERN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 86–2–00130–4, James D. Roper, J., entered March 18, 1987. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.

[No. 11398–8–II.   Division Two.   December 2, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD W. HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 50771R120, Bruce Cohoe, J., entered September 4, 1987. *Affirmed* by unpublished opinion per curiam.

[No. 19099–7–I.   Division One.   December 5, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. CHERYL ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86–1–00107–3, John W. Riley, J., entered August 20, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Pekelis, J.